

# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| JAMES L. CHRISTIANSEN | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 11 C 7998 |
| UNITED AIRLINES | |

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that summary judgment is entered in favor of Defendant United Airlines and against Plaintiff James L. Christiansen.

Thomas G. Bruton, Clerk of Court

Date: 7/17/2013

/s/ Eric Fulbright, Deputy Clerk